# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>                     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                     Defendant. | Civil Action No. 3:15-cv-03503-HSG<br><br>**ORDER GRANTING MOTION FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

Having considered Defendant's Motion, it is hereby ORDERED that Defendant's Motion for Defendant's Counsel to Appear Telephonically at the Case Management Conference scheduled for November 3, 2015 at 2:00 p.m. is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  11/2/2015

_____
HON. HAYWOOD S. GILLIAM JR.,
United States District Judge