BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
ANDREW M. BERNIE, D.C. Bar No. 995376
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-8488
Facsimile: (202) 616-8470
Email: andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 15-cv-03503-HSG<br><br>**STIPULATION CONCERNING BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

Pursuant to Local Rule 7-12, and this Court's January 20, 2016 order in the above-captioned case, Plaintiff Freedom of the Press Foundation ("FPF") and Defendant Department of Justice ("DOJ" or "Defendant") hereby stipulate and agree as follows:

1. On January 19, 2016, this Court held a Case Management Conference in this case.

2. After that Case Management Conference, this Court entered an order directing Defendant to prepare a draft *Vaughn* index explaining and justifying its withholding of records in response to FPF's Freedom of Information Act ("FOIA") request under applicable FOIA exemptions, and to exchange that index with FPF on or before March 21, 2016.  *See* Doc. 24.  This Court further directed the parties to meet and confer regarding a proposed briefing schedule in this case, and to submit a stipulation and proposed order.  *Id.*

3. Accordingly, the parties have agreed to, and request that the Court approve, the below schedule in this case:

   a. On or before March 30, 2016, FPF shall inform Defendant whether it believes motions practice will be necessary and, if so, the specific withholdings it intends to challenge.

   b. On or before April 1, 2016, the parties shall file a Joint Case Management Statement informing the Court as to whether motions practice will be necessary.

   c. If motions practice is deemed necessary by the parties, then the following briefing schedule will apply:

      i. May 9, 2016 for Defendant's motion for summary judgment.

      ii. June 10, 2016 for FPF's opposition to Defendant's motion, and any cross-motion for summary judgment by FPF.

      iii. July 1, 2016 for Defendant's reply in support of Defendant's motion for

        summary judgment and opposition to FPF's cross-motion if a cross-motion is filed.

    iv.   July 25, 2016 for FPF's reply in support of FPF's cross-motion if a cross-motion is filed.

4.    Accordingly, the parties respectfully request that the Court order the proposed schedule set forth above.

DATED:  January 21, 2016            Respectfully submitted,

*/s/*                                BENJAMIN C. MIZER
Marcia Hofmann                       Principal Deputy Assistant Attorney General
Law Office of Marcia Hofmann
25 Taylor Street                     MARCIA BERMAN
San Francisco, CA  94102             Assistant Director, Federal Programs Branch
Telephone: (415) 830-6664
                                     */s/*
D. Victoria Baranetsky (*pro hac vice*)   ANDREW M. BERNIE (D.C. Bar #995376)
601 Van Ness Ave.                    Trial Attorney
Suite E731                           U.S. Department of Justice
San Francisco, CA 94102              Civil Division, Federal Programs Branch
Telephone: (415) 767-5566            20 Massachusetts Ave., N.W.
                                     Washington, D.C. 20530
ATTORNEYS FOR PLAINTIFF              Telephone: (202) 616-8488
FREEDOM OF THE PRESS FOUNDATION      Facsimile: (202) 616-8470
                                     E-mail: andrew.m.bernie@usdoj.gov

                                     ATTORNEYS FOR DEFENDANT
                                     DEPARTMENT OF JUSTICE

STIPULATION CONCERNING  BRIEFING SCHEDULE AND  [PROPOSED] ORDER
CASE NO. 15-CV-03503-HSG

**[PROPOSED] ORDER**

Upon stipulation of the parties, the Court hereby orders the following schedule in this matter:

    a. On or before March 30, 2016, FPF shall inform Defendant whether it believes motions practice will be necessary and, if so, the specific withholdings it intends to challenge.

    b. On or before April 1, 2016, the parties shall file a Joint Case Management Statement informing the Court as to whether motions practice will be necessary.

    c. If motions practice is deemed necessary by the parties, then the following briefing schedule will apply:

        i. May 9, 2016 for Defendant's motion for summary judgment.

        ii. June 10, 2016 for FPF's opposition to Defendant's motion, and any cross-motion for summary judgment by FPF.

        iii. July 1, 2016 for Defendant's reply in support of Defendant's motion for summary judgment and opposition to FPF's cross-motion if a cross-motion is filed.

        iv. July 25, 2016 for FPF's reply in support of FPF's cross-motion if a cross-motion is filed.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:

                              _____
                              HON. HAYWOOD S. GILLIAM JR,
                              United States District Judge

**DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

I, Andrew M. Bernie, declare that I have obtained the concurrence in the filing of this Stipulation Concerning Briefing Schedule and [Proposed] Order from Marcia Hofman and Victoria Baranetsky, counsel for Plaintiff in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2016 in Washington, D.C.

*/s/*
ANDREW M. BERNIE (D.C. Bar #995376)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 616-8488
Facsimile: (202) 616-8470
E-mail: andrew.m.bernie@usdoj.gov

COUNSEL FOR DEFENDANT

STIPULATION CONCERNING BRIEFING SCHEDULE AND [PROPOSED] ORDER
CASE NO. 15-CV-03503-HSG