```
Marcia Hofmann (SBN 250087)
Zeitgeist Law PC
marcia@zeitgeist.law
25 Taylor Street
San Francisco, CA 94102
Telephone: (415) 830-6664

Ahmed Ghappour (SBN 255723)
200 McAllister Street
ghappour@uchastings.edu
San Francisco, CA 96102
Telephone: (415) 598-8605

Attorneys for Plaintiff
FREEDOM OF THE PRESS FOUNDATION
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| FREEDOM OF THE PRESS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 3:15-cv-03503-HSG<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF FREEDOM OF THE PRESS FOUNDATION; ORDER** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff FREEDOM OF THE PRESS FOUNDATION hereby substitutes Ahmed Ghappour (SBN 255723) as counsel in the above-referenced matter in the place of D. Victoria Baranetsky. Marcia Hofmann of Zeitgeist Law PC will remain as counsel and lead attorney for Plaintiff.

Withdrawing counsel for Plaintiff is:

```
D. Victoria Baranetsky (pro hac vice)
601 Van Ness Ave.
Suite E731
San Francisco, CA 94102
Telephone: (415) 767-5566
```

All pleadings, orders and notices should henceforth be served upon the substituted counsel for Plaintiff:

> Ahmed Ghappour
> 200 McAllister Street
> San Francisco, CA 96102
> Telephone: (415) 598-8605
> Email: ghappour@uchastings.edu

The undersigned consent to such substitution of counsel.

Respectfully submitted,

DATED: May 17, 2016        /s/ *Ahmed Ghappour*
Ahmed Ghappour
200 McAllister St.
San Francisco, CA 94102
Telephone: (415) 598-8605

Marcia Hofmann
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
Telephone: (415) 830-6664

Attorneys for Plaintiff
FREEDOM OF THE PRESS FOUNDATION

I consent to the substitution of counsel.

DATED: May 17, 2016        /s/ *Victoria Baranetsky*
D. Victoria Baranetsky (*pro hac vice*)
601 Van Ness Ave.
Suite E731
San Francisco, CA 94102
Telephone: (415) 767-5566

Attorney for Plaintiff
FREEDOM OF THE PRESS FOUNDATION

I consent to the substitution of counsel.

DATED: May 17, 2016        /s/ *Trevor Timm*
Trevor Timm
Executive Director
FREEDOM OF THE PRESS FOUNDATION

**ECF ATTESTATION**

I, Ahmed Ghappour, am the ECF User whose ID and password are being used to file the following: **STIPULATION OF SUBSTITUTION OF COUNSEL**. In compliance with Local Rule 5-1(i)(3), I hereby attest that D. Victoria Baranetsky and Trevor Timm have concurred in this filing.

DATED: May 17, 2016                               /s/ *Ahmed Ghappour*

**ORDER**

**PURSUANT TO STIPULATION**, the above withdrawal and substitution of counsel is approved and so **ORDERED**.

DATED:  May 18, 2016                               _____
                                                   HON. HAYWOOD S. GILLIAM, JR.,
                                                   United States District Judge