Marcia Hofmann (SBN 250087)
Zeitgeist Law PC
25 Taylor St.
San Francisco, CA 94102
marcia@zeitgeist.law
Telephone: (415) 830-6664

Ahmed Ghappour (SBN 255723)
200 McAllister St.
San Francisco, CA 96102
ghappour@uchastings.edu
Telephone: (415) 598-8605

Attorneys for Plaintiff
FREEDOM OF THE PRESS FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 3:15-cv-03503-HSG <br><br> **STIPULATION TO EXCEED PAGE LIMIT AND ORDER** |

PLAINTIFF FREEDOM OF THE PRESS FOUNDATION AND DEFENDANT UNITED STATES DEPARTMENT OF JUSTICE HEREBY STIPULATE, pursuant to Local Rules 7-4(b) and 7-12, that the page limit for plaintiff's opposition to defendant's motion for summary judgment and cross-motion for summary judgment, due June 10, 2016, is extended to 40 pages, and defendant's opposition to the cross-motion for summary judgment and reply in support of its motion for summary judgment, due July 1, 2016, is extended to 30 pages.

In support of this stipulation, the parties state the following:

1. Plaintiff's opposition to defendant's motion for summary judgment and cross-motion for summary judgment is due on June 10, 2016. In that filing, plaintiff anticipates

opposing several exemptions claimed by the government to protect various documents from disclosure under the Freedom of Information Act, 5 U.S.C. § 552. The parties have agreed to extend the page limit for this filing from 25 pages to 40 pages, given the number of redactions plaintiff intends to dispute and legal issues to be briefed.

2. Defendant's opposition to the cross-motion for summary judgment and reply in support of its motion for summary judgment is due July 1, 2016. The parties have agreed to extend the page limit for this filing from 25 pages to 30 pages, given the number of redactions likely to be in dispute and legal issues to be briefed, as well as the proposed extension for the plaintiff's June 10 filing.

3. Due to the foregoing circumstances, the parties respectfully request the forgoing extensions of the 25-page limit for opposition papers set forth in Local Rule 7-4(b).

Respectfully submitted,

DATED: June 1, 2016

/s/ *Marcia Hofmann*
Marcia Hofmann
Zeitgeist Law PC
25 Taylor St.
San Francisco, CA 94102
Telephone: (415) 830-6664

Ahmed Ghappour
200 McAllister St.
San Francisco, CA 94102
Telephone: (415) 598-8605

Attorneys for Plaintiff
FREEDOM OF THE PRESS FOUNDATION

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Andrew Bernie's concurrence in the filing of this document.

/s/ *Marcia Hofmann*

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that the page limit for plaintiff's opposition brief and cross-motion for summary judgment to be filed June 10, 2016 is extended to 40 pages. It is **FURTHER ORDERED** that the page limit for defendant's opposition brief and reply to be filed July 1, 2016 is extended to 30 pages.

DATED: June 3, 2016

*[signature]*
HON. HAYWOOD S. GILLIAM JR.
United States District Judge