BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
ANDREW M. BERNIE, D.C. Bar No. 995376
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-8488
Facsimile: (202) 616-8470
Email: andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:15-cv-03503-HSG<br><br>**STIPULATION AND ORDER TO EXTEND BY FOURTEEN DAYS DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS SUMMARY JUDGMENT MOTION AND ITS OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6-2, Defendant requests and the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request that (1) the Court extend the deadline by fourteen days to July 15 for Defendant to file its combined opposition to Plaintiff's cross-motion for summary judgment and its reply in support of its motion for summary judgment; and (2) the Court correspondingly extend by fourteen days to August 8 the deadline for Plaintiff's reply in support of

its cross-motion for summary judgment. The parties are not requesting that the Court reschedule the August 18, 2016 hearing date on those motions and stipulate that, subject to the Court's approval, the hearing can proceed as scheduled on that date.

Defendant provides the following bases in support of its request:

1. On January 21, 2016, the parties submitted a stipulated request to, inter alia, set a summary judgment briefing schedule. *See* ECF No. 25. Thereafter, the Court adopted the parties' proposed schedule and set the following dates for briefing:

   a. May 9, 2016 for Defendant's motion for summary judgment.

   b. June 10, 2016 for Plaintiff's opposition to Defendant's motion, and any cross-motion for summary judgment by Plaintiff.

   c. July 1, 2016 for Defendant's reply in support of Defendant's motion for summary judgment and opposition to Plaintiff's cross-motion.

   d. July 25, 2016 for Plaintiff's reply in support of Plaintiff's cross-motion.

2. Pursuant to this briefing schedule, Defendant filed its summary judgment motion on May 9, 2016, and Plaintiff filed its cross-motion for summary judgment and opposition to Defendant's motion on June 10, 2016. *See* ECF Nos. 30, 37. On that same date, non-parties the Reporters Committee for Freedom of the Press and thirty-seven additional media organizations filed a motion to file an *amicus* brief in support of Plaintiff's opposition to Defendant's motion for summary judgment (and a proposed *amicus* brief). *See* ECF No. 36.

3. Defendant needs a fourteen-day extension of its current deadline from July 1 to July 15 to complete its combined opposition to Plaintiff's motion and reply in support of its motion. Consistent with the parties' stipulation to exceed page limits (and this Court's order granting that stipulation), Plaintiff's June 10 memorandum is 35 pages, and it challenges both the adequacy of

the FBI's search and *Vaughn* showing, as well as a large number of specific withholdings. Although undersigned counsel has been working diligently on this case, given the number of issues raised by Plaintiff's filing and the proposed *amicus* brief as well as the press of other matters, undersigned counsel requires additional time to coordinate with his client and complete Defendant's combined reply in support of its summary judgment motion and opposition to Plaintiff's cross-motion.

4. Defendant also seeks a concomitant fourteen-day extension for Plaintiff's current deadline for its reply in support of its motion for summary judgment from July 25 to August 8.

5. Both parties request that the hearing date for these motions remain on August 18, 2016. However, both parties also state that they have no objection to rescheduling the hearing date should the Court believe doing so is necessary in light of this stipulation.

DATED: June 24, 2016                              Respectfully submitted,

                                                BENJAMIN C. MIZER
                                                Principal Deputy Assistant Attorney General

                                                MARCIA BERMAN
                                                Assistant Director, Federal Programs Branch

                                                */s/*
                                                ANDREW M. BERNIE (D.C. Bar #995376)
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Ave., N.W.
                                                Washington, D.C. 20530
                                                Telephone: (202) 616-8488
                                                Facsimile: (202) 616-8470
                                                E-mail: andrew.m.bernie@usdoj.gov

                                                ATTORNEYS FOR DEFENDANT
                                                DEPARTMENT OF JUSTICE

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Marcia Hofmann's concurrence in the filing of this document.

                                                */s/ Andrew Bernie*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
ANDREW M. BERNIE, D.C. Bar No. 995376
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone:  (202) 616-8488
Facsimile:  (202) 616-8470
Email: andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:15-cv-03503-HSG <br><br> **DECLARATION OF ANDREW BERNIE** |

I, Andrew Bernie, do hereby declare as follows:

1. I am an attorney with the Civil Division of the United States Department of Justice. I have been assigned primary responsibility for representing Defendant in this matter.

2. Defendant's reply in support of Defendant's motion for summary judgment and opposition to Plaintiff's cross-motion is currently due July 1, 2016.

3. Defendant needs a fourteen-day extension of its current deadline from July 1 to July

-5-
STIPULATION AND [PROPOSED] ORDER TO EXTEND BY
FOURTEEN DAYS DEFENDANT'S DEADLINE TO FILE ITS
REPLY IN SUPPORT OF ITS SUMMARY JUDGMENT MOTION
AND ITS OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR
SUMMARY JUDGMENT, CASE NO. 3:15-CV-3503-HSG

15 to complete its combined opposition to Plaintiff's motion and reply in support of its motion. Although undersigned counsel has been working diligently on this case, given the volume of issues raised by Plaintiff's filing and the proposed *amicus* brief as well as the press of other matters, undersigned counsel requires additional time to coordinate with his client and complete Defendant's combined reply in support of its summary judgment motion and opposition to Plaintiff's cross-motion.

4. This is the first modification of time sought in this case by either party.

5. Defendant also seeks a concomitant fourteen-day extension for Plaintiff's current deadline for its reply in support of its motion for summary judgment from July 25 to August 8.

6. Counsel for Plaintiff has stated that Plaintiff consents to both requests. Both parties also have agreed and request that the hearing date for these motions remain on August 18, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 24, 2016                                s/Andrew Bernie
                                                     ANDREW BERNIE

**ORDER**

PURSUANT TO STIPULATION, it is hereby ORDERED that

1. The current deadline of July 1 for Defendant to file its combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of its motion is hereby extended by fourteen days and is now due on July 15, 2016.

2. The current deadline of July 25 for Plaintiff to file its reply in support of its motion for summary judgment is hereby extended by fourteen days to August 8, 2016.

3. The current hearing date for these motions remains as currently scheduled on August 18, 2016.


AND IT IS SO ORDERED.

DATED: June 27, 2016                               _____
                                                                   HON. HAYWOOD S. GILLIAM JR.
                                                                   United States District Judge