UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Case No. 15-cv-03503-HSG<br><br>**ORDER GRANTING MOTION TO FILE AMICUS CURIAE BRIEF**<br><br>Re: Dkt. No. 36 |

On June 10, 2016, The Reporters Committee for Freedom of the Press and 37 media organizations (together, "amici") filed a motion for leave to file an amicus curiae brief in support of Plaintiff's opposition to Defendant's motion for summary judgment. Dkt. No. 36 ("Motion"). Oppositions to the Motion were due June 24, 2016, and no opposition has been received.

"There are no strict prerequisites that must be established prior to qualifying for amicus status." *Habeas Corpus Res. Ctr. v. United States Dep't of Justice*, No. C 13-4517 CW, 2013 WL 6157321, at *2 (N.D. Cal. Nov. 22, 2013) (citations omitted). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *Id.* (citations omitted).

The Court finds that the proposed amicus brief may provide helpful information and GRANTS the Motion. The Court will consider the brief by amici, which was attached to the Motion filed on June 10, 2016.

**IT IS SO ORDERED.**

Dated: 6/27/2016

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge