1  BRIAN J. STRETCH (CSBN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
6      FAX: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES DEPARTMENT OF JUSTICE

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 FREEDOM OF THE PRESS FOUNDATION,  )  CASE NO. C 15-03503 HSG
                                      )
14         Plaintiff,                  )  **NOTICE OF WITHDRAWAL OF COUNSEL**
                                      )  **NEILL T. TSENG AND ORDER PERMITTING**
15     v.                              )  **WITHDRAWAL**
                                      )
16 UNITED STATES DEPARTMENT OF        )
   JUSTICE,                           )
17                                    )
           Defendant.                  )
18

NOTICE OF WITHDRAWAL OF COUNSEL NEILL T. TSENG & [PROPOSED] ORDER PERMITTING WITHDRAWAL
C 15-03503 HSG                          1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5, Assistant U.S. Attorney Neill T. Tseng withdraws as attorney of record for Defendant United States Department of Justice in the above-captioned matter. The ground for withdrawal is that Defendant is being represented in this case entirely by the United States Department of Justice, Civil Division, Federal Programs Branch, through Andrew M. Bernie, Trial Attorney. The Federal Programs Branch will continue to represent Defendant.

                                      Respectfully submitted,

                                      BRIAN J. STRETCH
                                      United States Attorney

DATED: February 7, 2017                        /s/
                                      NEILL T. TSENG
                                      Assistant United States Attorney
                                      Attorneys for Defendant

**IT IS SO ORDERED.**

DATED:  2/8/2017

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge